DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENIST KEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2148

[January 25, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 11002654CF10A.

Lenist Key, Okeechobee, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***